Case 1:24-mj-00119-MAU   Document 1

Case: 1:24−mj−00119
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 3/29/2024
Description: COMPLAINT W/ARREST WARRANT

On March 21, 2024, a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) assigned to the Washington Field Office (WFO) was acting in an online undercover (UC) capacity as part of the FBI Child Exploitation and Human Trafficking Task Force (CEHTTF), operating out of a satellite office in Washington, D.C.

In that capacity, the UC was monitoring the dating application, Scruff. The UC maintains a profile on the dating application that indicates the UC is interested in the sexual exploitation of children using child exploitation keywords prominently listed in the UC's Scruff profile page.[1] The UC has hashtags prominently displayed on his account indicating that he is interested child sexual abuse material (CSAM) and child exploitation.

On Thursday, March 21, 2024, at approximately 1320 hours, the Scruff user, EarthenFire✈️MD," messaged the UC's Scruff account via private message and advised, "Fuck yes prv bro…👨‍👦🍕[2]…Would love to meet n play." The UC asked if the user had "Kik or Tele" and the Scruff user advised, "Tele @earthenfire." The term "Tele" is known to be a shorthand for the application "Telegram." The user advised that he was staying in Clarksville, Maryland, "but can travel basically anywhere during the day." The user also unlocked his personal photographs on the Scruff application which included what appeared to be several pictures of an adult white male with a prominent red in color beard.

At approximately 1625 hours, the UC messaged the Telegram user @earthenfire via Telegram direct message and advised, "Dave from scruff." The UC and @earthenfire then engaged in a conversation regarding the sexual exploitation of children to include the sexual exploitation of the UC's purported ten-year-old son. @earthenfire indicated during this conversation that he prefers boys between the ages of "5-14" but is open to younger. @earthenfire advised during this conversation, "Always wanted to find a dad who bonds with his boy" and "come over like a friend from work, and then let son explore us both."

The UC indicated that he was interested in meeting with @earthenfire in person and @earthefire reported, "Broooo I'm only the area til the end of the month, would love to plan a playdate. We can get lunch somewhere public first if u wanna feel out the vibe. And show u Im not a cop lmfao. Have an after school bonding sesh." @earthenfire indicated "5-14" were his favorite ages and "Always wanted to find a dad who bonds with his boy." The UC asked if he was open to younger ages and @earthenfire advised, "Oh I'm totally open, but just my fave age range."

@earthenfire advised the UC, "Buddy totally legit here, willing to prove it in any way" and then shared screenshots of the Twitter account @ToonGoonBator – Wilderness Bator and the Discord account Earthenfire#0000. @earthenfire advised that Discord is "for chatting."

---

[1] These key words are not provided here so as not to compromise future investigations and/or law enforcement monitoring of the application.

[2] The UC knows that the pizza emoji, or "cheese pizza" is frequently used in the child exploitation world as a keyword for child pornography.

1

@earthenfire reported, "Also got my own place in Northern NY, would be hot to host y'all for a father son camping trip haha....Def total boy prv here raised right.  Love spreading that deep man boy bonding."

The UC and @earthenfire discussed activities they could engage in with the UC's purported son and the UC qualified that there were rules.  Specifically, "No blood, no bruises, and no crying" and @earthenfire advised, "Hell yeah I don't get into violence of pain, verrrry passionate and playful and loving here."  The UC also reported, "Haven't gotten to fuck him yet, only rub my cock all over his hole..." and @earthenfire advised, "Nah he needs training haha.  My step dad and I did toys for months before he finally got to breed me."

The UC and @earthenfire discussed meeting on Thursday, March 28, 2024, and agreed to meet after UC picked up his purported son from school.  The UC asked what @earthenfire would be interested in doing and they advised, "Tbh pretty open, love full body play, kissing, jerking, sucking, looove to lick all over, porn, toys.  I've got other goodies like rope and cuffs and stuff if we want to get spicier lol.  Fuck so bricked thinking about it buddy."

On March 22, 2024, an administrative subpoena was served on Discord requesting subscriber information associated with username earthenfire#0000. On the same day, Discord responded to the subpoena providing a verified email address of kazmwhite@gmail.com and IP logs spanning January 1, 2024, through March 22, 2024. Examination of the provided IP logs yielded a combination of Comcast, Verizon Wireless, and Frontier Communication IP addresses.

On the same date, an administrative subpoena was served on Google requesting subscriber information associated with email address kazmwhite@gmail.com. Google immediately responded to the subpoena, providing a display name of 'Kaziah White', a recovery email address of greyloch.lighthouse@gmail.com, a recovery SMS number of 518-323-9234, and IP logs spanning January 1, 2024, through March 21, 2024. Examination of the provided IP logs yielded a combination of Comcast, Verizon Wireless, and Frontier Communications IP addresses.

Again, on March 22, 2024, an administrative subpoena was served on Comcast requesting subscriber information associated with an IP address (73.172.62.97) found on both the records from Discord and Google. On March 26, 2024, Comcast responded to the subpoena identifying the subscriber as Edward White of 13610 Meadow Glenn, Clarksville MD 21029. Edward White is believed to be a family member of Kaziah White.

Upon receipt of this information, FBI WFO personnel used available commercial, law enforcement sensitive, and open-source databases to tentatively identify the suspected user of Discord account earthenfire#0000 as Kaziah Matthew White (DOB: 01/17/1992) of 6 Greylock Way, Long Lake NY 12847.  This tentative identification was made based upon the personal photographs shared by @earthenfire, as compared to other known images of Kaziah White.

On March 22, 2024, at approximately 0428 hours, @earthenfire messaged the UC, "Also had a buddy send some content if u wanna see 😈🤤🍕." At approximately 0755 hours, @earthenfire forwarded twenty (20) videos of child sexual abuse material (CSAM) to the UC. The videos include,

1. A twenty-three (23) second long video of a completely nude prepubescent male being anally penetrated by an adult male's erect penis. The adult male appears to be recording the abuse and the video is watermarked with, "Dark Fantasy."
2. A forty-six (46) second long video of an adult male penetrating the anus of a prepubescent boy with his mouth while the boy is laying on a couch.
3. A twenty-four (24) second long video of a completely nude prepubescent male being anally penetrated by an adult male's erect penis.

The UC and @earthenfire continued to discuss the sexual exploitation of the UC's purported son and confirmed again to meet on Thursday to engage in sex acts with the purported child. The UC indicated that he would want to watch @earthenfire abuse the child and potentially join in. @earthenfire reported that he would be willing to have the child "fuck him" and be used as the child's "sub."

The UC advise @earthenfire that he would begin to prepare the purported child for his visit on Monday and advised that he could "share whatever you want with him" during that process. @earthenfire advised, "yuuuupp all about the bonding and building up excitement….Hell yeessss."

@earthenfire asked the UC, "Would you be able to trade personal pics? Show off our bodies and cocks together? Can quietly vid chat on scruff." The UC advised @earthenfire, "So full disclosure dude. I am bi but I'm pretty fluid with it. Right now I'm very into fucking 20 something's with daddy issues 😂😂😂. Being on here is for my pedo itch cause it seems to be the only place I can meet fellow degenerates safely." @earthenfire reported, "That's fair totally get it haha…Maybe you can find big sis to ride that daddy dick while I take care of that boy. Hehehe def gonna be a good time."

On March 22, 2024, at 0955 hours, @earthenfire stated, "Preview of your view of me with the him in a week 😈😊" and forwarded over twenty (20) additional videos of CSAM to the UC to include a video of an adult male nude from the waist penetrating the mouth of a prepubescent boy with his erect penis while holding the back of the child's head down.

The UC advised @earthenfire that he would be leaving town on an "unplugged" trip over the weekend and advised that he would catch up with him on Monday, March 25, 2024. @earthenfire reported that he would catch up with the UC on Monday, March 25, 2024.

On Monday, March 25, 2024, @earthenfire transitioned the conversation to Telegram "Secret Chat" and set a "self-destruct" timer to one hour.[3] The UC advised @earthenfire, "Thursday @3. I'm down by Mass / 7th." @earthenfire agreed to meet at that time and reported he could get there by 2 pm. The UC and @earthenfire also agreed to meet face to face and then head to the UC's apartment to meet the UC's purported son to sexually abuse. @earthenfire advised the UC that he would be able to bring "toys" and wanted to bring a gift for the UC's purported son. @earthenfire later sent a photograph of Spiderman themed underwear for the UC's purported son and advised, "They had a multipack, hope he likes psiderman lol it was the only marvel they had, plus I thought you'd appreciate the slinging ropes pun…"

On Tuesday, March 26, 2024, @earthenfire forwarded approximately ninety (90) videos to the UC which all appeared to CSAM files. The UC reviewed the content sent and observed that one of the videos depicted an adult male penetrating the mouth and anus of a toddler with his erect penis and a video of an adult male masturbating and ejaculating into the mouth of a prepubescent boy who is wearing a blindfold across his eyes.

At the request of the UC @earthenfire changed the "self-destruct" option to one week and advised that he would probably clear the content of the chat prior to the UC and him meeting. @earthenfire also reported that they should communicate on Scruff and "keep it pg like we're just meeting to hang out." @earthenfire advised that his name is "Matt," consistent with the middle name of "Kaziah Matthew White."

On March 26, 2024, @earthenfire advised the UC that he was unable to meet at 3:00 pm due a conflict in his schedule. The UC reported that he would talk to his "ex" and try to get his purported son out of school early that day. The UC subsequently advised @earthenfire that he would be able to meet on March 28, 2024 at 10:00 am instead of 3:00 pm.

On March 27, 2024, the UC and @earthenfire continued to discuss meeting on Thursday, March 28, 2024, to include @earthenfire advising, "NGL kinda wondering if this is gonna be the start to a really awesome friendship w/ u & me like chill bros & become sorta like an uncle to him over time…" and "Thinking about it's got me so bricked rn buddy." @earthenfire forwarded a photograph of an adult male standing in front of a mirror clothed with a bulge in his groin being held by the male. The UC and @earthenfire agreed to meet at the Compass Coffee located at 650 F Street Northwest.

On March 28, 2024, at approximately 7:25 am, @earthenfire advised via Telegram, "Woke up with pre everywhere. Me rn" and then forwarded a video of an adult male touching his exposed and erect penis. The UC later forwarded three photographs[4] of his purported son to @earthenfire to verify he had access to the child at that time. @earthenfire acknowledged

---

[3] The Telegram messaging application allows users to configure the messenger to delete messages from the chat log after a specific amount of time has passed. Telegram refers to this feature as a "self-destruct timer."

[4] The photographs are not of a real child.

the photographs and asked if the UC could send a video of his purported son waving to him and saying hi.  The UC advised that he was uncomfortable doing that but asked if they could Facetime his purported son after they meet.  @earthenfire agreed with this further verification.

During the conversation on Telegram the UC and @earthenfire were also using Scruff to communicate under the pretense that they were just meeting for coffee in case anything happened to them.  @earthenfire advised the UC on Scruff that he had left his home at approximately 0830 hours and was head to meet the UC.  The Scruff application provides an approximate distance between users which indicated at that time the UC and @earthenfire were approximately twenty-two (22) miles apart, which is consistent with travel from Clarksville, MD, to the UC's location.  At approximately 9:18 am, @earthenfire reported that he was "20min out" and asked for parking recommendations.  The UC advised that he should try to park near the coffee shop and then he could get him a guest spot at his apartment garage.

At approximately 9:41 am, the UC observed an individual matching the description of Kaziah Matthew White wearing a green hat and black hoodie enter 650 F Street Northwest, the agreed upon meeting location.  @earthenfire advised the UC that he was using the bathroom and reported that he was wearing a green hat and black hoodie.  The UC observed White walking to the rear of the coffee shop and then later saw him standing in the coffee shop looking around.

The UC approached White and greeted him by asking "Matt?" and stating his UC name.  White recognized the UC and hugged him.  The UC and White left the coffee shop and walked into an adjoining office entrance to sit at a table.  The UC and White discussed White's drive down to D.C., his plans for the afternoon, and the Adirondacks. During that conversation, White indicated that he drove to D.C. from Clarksville, MD.  The UC asked White if he was ready to leave and that he could Facetime his purported son once they left so it would be more private.  White agreed to leave and got up with the UC to leave the building.

The UC provided an arrest signal to members of the WFO FBI CEHTTF who were conducting surveillance around the meet.  The members then took White into custody without incident and transported him to WFO for processing and an interview.

White was found to be in possession of spider man underwear at the time of his arrest and was debriefed by members of the FBI WFO CEHTTF.

**CONCLUSION**

Based on the above information, there is probable cause to believe that Kaziah Matthew White committed the following offenses: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), between on or about March 21, 2024 and March 26, 2024, and Travel With Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b), on or about March 28, 2024.

Respectfully Submitted,

_____
Thomas J. Sullivan
Detective, D1-1232
Federal Bureau of Investigation-Metropolitan
Police Department – District of Columbia

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 29, 2023.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

6